# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| DAVID MACGREGOR, *et al.*, | ) Civil Action No. 2:10-cv-3088-DCN |
| Plaintiffs, | ) |
| v. | ) |
| FARMERS INSURANCE EXCHANGE, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs DAVID MACGREGOR, DEBRA CARNAHAN, JAMES CANTRELL, and JOHN HODGES and Defendant FARMERS INSURANCE EXCHANGE, by and through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to dismissal of this lawsuit, with prejudice, with all rights of appeal waived. Each party shall bear his, her, or its own attorneys' fees and costs. Further, the parties stipulate that no party is the prevailing party.

IT IS SO STIPULATED, this 5th day of May, 2015.

[SIGNATURE BLOCKS APPEAR ON FOLLOWING PAGE.]

PPAB 2793741v1

2

| | |
|---|---|
| By  s/ Jack D. Cordray | By  s/ Jennifer K. Dunlap |
| Jack D. Cordray | Jennifer K. Dunlap |
| Fed. ID No. 308 | Fed. ID No. 10110 |
| CORDRAY LAW FIRM | PARKER POE ADAMS & BERNSTEIN LLP |
| P.O. Box 22857 | 200 Meeting Street, Suite 301 |
| Charleston, SC 29413-2857 | Charleston, SC 29401-3156 |
| (843) 577-9761 | (843) 727-2650 |
| (843) 853-6330 facsimile | (843) 727-2680 facsimile |
| jack@cordraylawfirm.com | jenniferdunlap@parkerpoe.com |
| | |
| LOCAL COUNSEL FOR PLAINTIFFS | LOCAL COUNSEL FOR DEFENDANT |
| | |
| Nicholas Woodfield (admitted *pro hac vice*) | Andrew M. Paley (admitted *pro hac vice*) |
| R. Scott Oswald (admitted *pro hac vice*) | SEYFARTH SHAW LLP |
| THE EMPLOYMENT LAW GROUP, P.C. | 2029 Century Park East, Suite 3500 |
| 888 17th Street, NW, Suite 900 | Los Angeles, CA 90067 |
| Washington, DC 20006 | (310) 277-7200 |
| (202) 261-2812 | (310) 201-5219 facsimile |
| (202) 261-2835 facsimile | apaley@seyfarth.com |
| soswald@employmentlawgroup.com | |
| nwoodfield@employmentlawgroup.com | Louisa J. Johnson (admitted *pro hac vice*) |
| | SEYFARTH SHAW LLP |
| LEAD COUNSEL FOR PLAINTIFFS | 1075 Peachtree Street, N.E., Suite 2500 |
| | Atlanta, GA 30309-3962 |
| | (404) 888-1023 |
| | (404) 724-1523 facsimile |
| | lojohnson@seyfarth.com |
| | |
| | LEAD COUNSEL FOR DEFENDANT |