**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| DAVID MACGREGOR, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | No. 2:10-cv-003088-DCN |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| FARMERS INSURANCE EXCHANGE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on a Joint Stipulation of Dismissal with Prejudice filed by Plaintiffs David MacGregor, Debra Carnahan, James Cantrell, and John Hodges and Defendant Farmers Insurance Exchange, ECF No. 163, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, this matter is hereby dismissed with prejudice.

**AND IT IS SO ORDERED**.

**DAVID C. NORTON
UNITED STATES DISTRICT JUDGE**

**June 4, 2015
Charleston, South Carolina**